PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 95-2138
_____

D. C. Docket No. 91-MDL-878


IN RE INFANT FORMULA ANTITRUST LITIGATION,
MDL 878; FLEMING COMPANIES, INC.; STATE OF
LOUISIANA,

                              Plaintiffs-Appellants,

                    versus


ABBOTT LABORATORIES,

                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

**(December 20, 1995)**


Before EDMONDSON, DUBINA and BARKETT, Circuit Judges.


**PER CURIAM:**

   **This is an appeal by class plaintiffs ("Appellants") of an order denying their motion for a preliminary and permanent injunction against Locator of Missing Heirs, Inc. ("Appellee"), a non-party to the pending Antitrust action brought by Appellants against several manufacturers of infant formula.  The district**

court denied Appellants' motion for lack of subject matter jurisdiction. We affirm.

Appellants say the district court has subject matter jurisdiction over this matter involving a non-party under either Federal Rule of Civil Procedure 23(d) or the All Writs Act, 28 U.S.C. §1651.[*] The district court's conclusion that it lacked subject matter is a question of law reviewed <u>de novo</u>. <u>Sea Vessel, Inc. v. Reyes</u>, 23 F.3d 345 (11th Cir. 1994).

The Federal Rules of Civil Procedure do not create federal jurisdiction, <u>see</u> <u>Owen Equipment & Erection Co. v. Kroger</u>, 98 S.Ct. 2396, 2400 & n.7 (1978). Rule 23(d) is only a procedural law; it is not a grant of subject matter jurisdiction. The district court lacked subject matter jurisdiction over this matter.

AFFIRMED.

---

[*] Appellants propose the All Writs Act as a basis for subject matter jurisdiction for the first time on appeal. Appellants never raised this issue at trial and are foreclosed from raising it now. <u>Singleton v. Wulff</u>, 96 S.Ct. 2868, 2877 (1976); <u>Federal Deposit Ins. Corp.</u> <u>v. Verex Assurance, Inc.</u>, 3 F.3d 391, 395 (11th Cir. 1993).